# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| KIM MARES, | § § § | |
| Plaintiff, | § § | |
| VS. | § | CIVIL ACTION NO. H-14-089 |
| | § | |
| WOOD GROUP MUSTANG, INC., and EMPYREAN BENEFIT SOLUTIONS, INC. | § § § § | |
| Defendants. | § | |

## ORDER OF DISMISSAL

In accordance with the Memorandum and Order of today's date, Defendant Empyrean Benefit Solutions, Inc. is dismissed from this proceeding with prejudice.

SIGNED on January 6, 2015, at Houston, Texas.

Lee H. Rosenthal
United States District Judge